UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL COURIER AND NEWSPAPER DISTRIBUTION, d/b/a Brandt Brothers, et. al.,<br><br>Defendants. | Case No. 1:25-cv-00973-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 3, 8 |

Plaintiff Prince Paul Raymond Williams is proceeding pro se and in forma pauperis in this civil action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2025, plaintiff filed an ex parte application for a temporary restraining order and order to show cause regarding preliminary injunction. Doc. 3. On September 15, 2025, the assigned magistrate judge issued findings and recommendations to deny plaintiff's ex parte application for a temporary restraining order and order to show cause regarding preliminary injunction. Doc. 8. Specifically, the magistrate judge found that plaintiff's motion failed to comply with the procedural requirements of Federal Rule of Civil Procedure 65(b) and Local Rule 231(c); that plaintiff failed to show a likelihood of success on the merits of his claims; and the plaintiff failed to show that he would suffer irreparable harm if the requested relief were not granted. *Id.* at 4–6. The findings and recommendations were served on plaintiff and notified him that objections were due in 14 days. *Id.* at 6. Plaintiff did not file any objections, and the time to

do so has passed. *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 15, 2025, Doc. 8, are adopted in full; and

2. Plaintiff's ex parte application for a temporary restraining order and order to show cause regarding preliminary injunction, Doc. 3, is denied.

IT IS SO ORDERED.

Dated:  November 6, 2025

UNITED STATES DISTRICT JUDGE

2