UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS, | Case No. 1:25-cv-00973-KES-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| PROFESSIONAL COURIER AND NEWSPAPER DISTRIBUTION, d/b/a Brandt Brothers, Inc., et al., | Doc. 13 |
| Defendants. | |

Plaintiff Prince Paul Raymond Williams is proceeding pro se in this civil action. The magistrate judge screened Plaintiff's amended complaint, found it failed to state any cognizable claim, and directed plaintiff to take one of the following options within thirty days: (1) file a second amended complaint, (2) file a notice of his intent to stand on the complaint (with the understanding that the magistrate judge would recommend dismissal for failure to state a claim), or (3) voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41. Doc. 11. The screening order was served on plaintiff and notified him that the failure to comply would result in a recommendation for dismissal. *Id.* at 8. Plaintiff did not respond to the screening order or otherwise communicate with the Court.

On March 9, 2026, the magistrate judge issued findings and recommendations, recommending that the action be dismissed for failure to prosecute and failure to obey a court

order.  Doc. 13.  The findings and recommendations contained notice that any objections were due within fourteen days after service.  *Id.* at 5.  Plaintiff did not file objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed entire case, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1. The findings and recommendations issued on March 9, 2026 (Doc. 13), are ADOPTED in full.

2. This action is DISMISSED without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 4, 2026     _____
                          UNITED STATES DISTRICT JUDGE